UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

===================================== :
TANIQUE WRIGHT,                        :
                    Plaintiff,         :    Case No. 20-cv-**02393**
                                       :
                                       :
— *versus* —                           :    NOTICE OF MOTION
                                       :    L.R. 7.2
                                       :
BALL METALPACK CORP.,                  :
PLATINUM EQUITY,                       :
JANICE RODRIGUEZ, and JOHN DOEs,       :
Individually, Jointly and Severally,   :
                    Defendants.        :
===================================== :

**MOTION TO RESTRICT PUBLIC ACCESS UNDER LEVEL 1 &
TO AMEND COMPLAINT**

Plaintiff TANIQUE WRIGHT, by and through her undersigned counsel, hereby moves for an Order of this Court

1. Granting Level 1 Restriction to Complaint filed in the above-captioned action, Dkt. Entry No. 1;

2. Granting Plaintiff permission to file Amended Complaint as submitted herewith, and

3. For such other and further action as the Court shall deem just and proper.

 reconsidering the prior Order granting the Defendant additional time in which to Answer, and issuing an Order granting the Defendant until August 31, 2020 to Answer.

Attached hereto as is the Declaration in Support of this motion, and annexed Exhibit, and, and the Proposed Order.

                                                     Respectfully submitted
                                                     this 16th day of August 2020.

*s/ Bernard V. Kleinman*
Bernard V. Kleinman, Esq.
Law Office of Bernard V. Kleinman, PLLC
108 Village Square, Suite 313
Somers, NY 10589-2305
Tel: 914.644.6660
Fax 914.694.1647
Email: attrnylwyr@yahoo.com
*ATTORNEY FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of Colorado by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system, and by email to Jacqueline Guesno, Esq., counsel for all named Defendants, at Jacqueline.Guesno@jacksonlewis.com.

*s/ Bernard V. Kleinman*
Bernard V. Kleinman