UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
=====================================:
TANIQUE WRIGHT,                       :
                          Plaintiff,      :      Case No. 20-cv-**02393**
                                       :
                                       :
— *versus* —                         :      NOTICE OF MOTION
                                       :
BALL METALPACK CORP.,                 :
PLATINUM EQUITY,                      :
JANICE RODRIGUEZ, and JOHN DOEs,      :
Individually, Jointly and Severally,  :
                           Defendants.     :
=====================================:
_____

**DECLARATION IN SUPPORT OF MOTION TO RESTRICT ACCESS TO FILED DOCUMENT & TO AMEND COMPLAINT**
_____

      I, Bernard V. Kleinman, Esq., declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

      1. I am the attorney for the Plaintiff in this action.

      2. A Complaint, was filed herein on August 11, 2020, Dkt. Entry No. 1.

      3. The Complaint contained information of a personal nature relating to the reported incomes of certain name individuals. See *id*. at ¶¶ 46, 96.

      4. Subsequent thereto, on August 13, 2020, counsel for the Defendants contacted Movant and requested that a request to the Court be made for a Level 1 Restriction be made and that an Amended Complaint be filed with such information removed.

      5. Attached hereto as Exhibit 1 is the Amended Complaint with the subject information redacted. See Exhibit 1.

6. Defendant has been notified of Plaintiff's intent to file this motion, and a copy is being served by email as set forth in the Certificate of Service.

Wherefore, it is respectfully preyed that the Court grant the relief requested herein.

**PURSUANT TO 28 § U.S.C. § 1746**, I hereby declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct. Executed on this 16th day of August, 2020.

*/s/ Bernard V. Kleinman*
Bernard V. Kleinman, Esq.
